In the Matter of ARTHUR LAYTON, an Attorney, Respondent. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Petitioner.

First Department, May 15, 1973.

*John G. Bonomi* of counsel (*Ronald Eisenman* with him on the brief), for petitioner.

*Arthur Layton,* respondent in person.

*Per Curiam.* Respondent was admitted to practice in the First Judicial Department on March 22, 1954 and has been living in Florida since 1968.

Three charges were brought against respondent: 1. That he neglected to prosecute a negligence action; 2. that he issued checks when no funds were in the bank; and 3. that he failed to co-operate with the Grievance Committee.

The report of the Referee, which sustained only Charge No. 2, is supported by the evidence and is confirmed, and respondent is censured.

McGIVERN, J. P., MARKEWICH, NUNEZ, KUPFERMAN and MURPHY, JJ., concur.

Respondent censured.